MICHAEL N. FEUER (SBN 111529)
JOSEPH A. BRAJEVICH (SBN 156144)
JULIE C. RILEY (SBN 197407)
MELANIE A. TORY (SBN 252387)
221 N. Figueroa Street, Suite 1000
Los Angeles, California 90012
Telephone: (213) 367-4500
Facsimile: (213) 367-4588
Email: julie.riley@ladwp.com
Email: Melanie.Tory@ladwp.com

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (SBN 199017)
PATRICK F. VEASY (SBN 301456)
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100
Email: ngranquist@downeybrand.com
Email: pveasy@downeybrand.com

Attorneys for Defendant
Los Angeles Department of Water and Power

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a non-profit corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal utility,<br><br>       Defendant. | Case No. 2:22-cv-01178-FMO-KS<br><br>**NOTICE OF SETTLEMENT; STIPULATED REQUEST TO VACATE EXISTING CASE DEADLINES & COURT HEARINGS** |

NOTICE OF SETTLEMENT; STIPULATED REQUEST TO VACATE
CASE DEADLINES & COURT HEARINGS

1807137v3

1  WHEREAS, on or about December 20, 2021, Plaintiff Los Angeles Waterkeeper ("Waterkeeper") provided Defendant The City of Los Angeles, acting by and through its Department of Water and Power ("LADWP") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Section 505, 33 U.S.C. § 1365.

WHEREAS, on February 22, 2022, Waterkeeper filed its Complaint against LADWP in this Court.  (Dkt. No. 1.)

WHEREAS, LADWP's current deadline to respond to Waterkeeper's complaint is June 8, 2022.  (Dkt. No. 12.)

WHEREAS, on April 25, 2022, the Court issued a Scheduling Conference Order requiring counsel for the parties to: (1) meet and confer to discuss the matters set forth in Fed. R. Civ. P. 26(f) and other items set forth in the Court's Scheduling Conference Order no later than June 16, 2022; (2) file a Joint Rule 26(f) Report no later than June 23, 2022; and (3) attend a scheduling conference on July 7, 2022, at 10:00 a.m.  (Dkt. No. 13.)

WHEREAS, as explained in the Declaration of Nicole E. Granquist, Waterkeeper and LADWP (the "Settling Parties"), through their authorized representatives and without either adjudication of Waterkeeper's claims, or admission by LADWP of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Waterkeeper as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  (Granquist Decl. ¶2.)

WHEREAS, pursuant to Paragraph 17 of the Settling Parties' Settlement Agreement, within five (5) days after execution of the Settlement Agreement (executed May 19, 2022), Waterkeeper shall submit the Settling Parties' Settlement Agreement to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "Federal Agencies") via certified mail, return receipt requested, for the 45-day statutory review period consistent with 40 C.F.R. Section 135.5.  The 45-

1  day review period commences upon the Federal Agencies' acknowledgement of
2  receipt of the Settlement Agreement; thus, the review period can last up to 75 days.
3  (Granquist Decl. ¶3.)
4      NOW THEREFORE, upon the expiration of the Federal Agencies' review
5  period, and if there is no objection lodged by the Federal Agencies, the Settling
6  Parties will stipulate to and request an order from this Court: (1) dismissing with
7  prejudice Waterkeeper's claims as to LADWP, as set forth in the Notice and
8  Complaint; and (2) concurrently retaining jurisdiction over this matter for purposes
9  of dispute resolution and enforcement of the Settlement Agreement.  Consequently,
10 the Settling Parties submit and stipulate that good cause exists to vacate any and all
11 existing deadlines and obligations in this case, including responsive pleadings, status
12 conferences and other reports, and to set September 1, 2022, as a reasonable
13 deadline for the filing of the Settling Parties' aforementioned stipulation and
14 proposed order, or a Notice that settlement will not proceed with proposed new
15 case-related deadlines.  (*See also* Granquist Decl. ¶4.)
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | DATED: June 1, 2022 | AQUA TERRA AERIS LAW GROUP LLP |
| 2 | | |
| 3 | | /s/ Anthony M. Barnes (authorized 05/27/2022) |
| | | _____ |
| 4 | | ANTHONY MICHAEL BARNES |
| | | Attorneys for Plaintiff |
| 5 | | LOS ANGELES WATERKEEPER |
| 6 | | |
| | | DOWNEY BRAND LLP |
| 7 | DATED: June 1, 2022 | |
| 8 | | _____ |
| 9 | | NICOLE E. GRANQUIST |
| | | Attorneys for Defendant |
| 10 | | LOS ANGELES DEPARTMENT OF WATER AND POWER |

NOTICE OF SETTLEMENT; STIPULATED REQUEST TO VACATE
CASE DEADLINES & COURT HEARINGS

4

1609165v1