JS-6

Anthony M. Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293

Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Phone: (310) 394-6162

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES DEPARTMENT OF WATER AND POWER, a municipal utility,<br><br>Defendant. | Case No.: 2:22-cv-01178-FMO-KS<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT**<br><br>**FRCP 41(a)(2)**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)** |

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

Plaintiff LOS ANGELES WATERKEEPER's claims against Defendant THE CITY OF LOS ANGELES, ACTING BY AND THROUGH ITS DEPARTMENT OF WATER AND POWER, as set forth in the Complaint and Notice filed in this action, are hereby dismissed in their entirety with prejudice, and the Court shall retain jurisdiction over the Parties for purposes of dispute resolution and enforcement of the Settlement Agreement, attached hereto as **Exhibit A** and fully incorporated by reference herein. Each Party shall bear its own attorneys' and expert fees and costs, except as provided for in the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 2, 2022

/s/
Honorable Fernando M. Olguin